1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

DANIEL TEKLEMARIAM
HAGOS,

CASE NO. C23-0251JLR

11

Plaintiff,

ORDER

12

v.

13

MAHALIA KAHSAY, et al.,

14

Defendants.

15

16

Before the court is a filing by *pro se* Plaintiff Daniel Teklemariam Hagos entitled

17

"Objection Order and Findings and Recommendations," which the court construes as a

18

motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(1).

19

(Mot. (Dkt. # 10).)  The court DENIES Mr. Hagos's motion.

20

On March 31, 2023, Magistrate Judge David W. Christel issued a report and

21

recommendation in which he recommended that the court dismiss Mr. Hagos's complaint

22

because the three Defendants named in that complaint were not subject to suit under 42

ORDER - 1

1    U.S.C. § 1983.  (R&R (Dkt. # 5) at 3-5.)  Before the April 14, 2023 deadline to file

2    objections, Mr. Hagos filed two documents, which the court construed together as

3    constituting Mr. Hagos's objections.  (4/21/23 Order (Dkt. # 8) at 1-2.)  Neither of Mr.

4    Hagos's filings addressed whether Defendants were properly subject to suit.  (*See* 4/3/23

5    Misc. Doc. (Dkt. # 6); 4/7/23 Misc. Doc. (Dkt. # 7).)  Nevertheless, the court reviewed

6    the report and recommendation de novo and agreed with Magistrate Judge Christel that

7    Mr. Hagos's complaint failed to state a claim upon which relief could be granted.

8    (4/21/23 Order at 3.)  Accordingly, the court adopted the report and recommendation,

9    dismissed Mr. Hagos's complaint without leave to amend, counted the dismissal as a

10   "strike" under 28 U.S.C. § 1915(g), and entered judgment.  (*Id.* at 3-4; Judgment (Dkt.

11   # 9).)

12          Federal Rule of Civil Procedure 60(b)(1) provides that, "on motion and just

13   terms," the court may relieve a party from a final judgment based on mistake,

14   inadvertence, or excusable neglect.  Fed. R. Civ. P. 60(b).  The court finds that Mr.

15   Hagos's most recent filing again does not address whether Defendants are properly

16   subject to suit under Section 1983, and Mr. Hagos has not met the standard for relief from

17   judgment under Rule 60(b)(1).  (*See generally* Mot.)  Accordingly, the court DENIES

18   Mr. Hagos's motion for relief from judgment (Dkt. # 10).  The court DIRECTS the Clerk

19   not to accept any further filings from Mr. Hagos in this closed case aside from a notice of

20   appeal.

21   //

22   //

ORDER - 2

1     Dated this 5th day of May, 2023.

2

3     _____

4     JAMES L. ROBART
      United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3